UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER DUNN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:23-cv-01523-MPB-MKK ) ) |
| INNH EMP, LLC d/b/a Health Care Facilities Staffing, LLC, | ) ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Jennifer Dunn, and Defendant, INNH EMP, LLC d/b/a Health Care Facilities Staffing, LLC, by counsel, (hereafter the "Parties"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate and agree to dismiss this action, with prejudice, with each party bearing her/its own attorneys' fees and costs.

Respectfully submitted,

*/s/ Christopher E. Clark (w/ permission)*
Christopher E. Clark
GOODIN ABERNATHY, LLP
301 East 38th Street
Indianapolis, IN 46205
Email:  cclark@goodinabernathy.com

*/s/ Robert F. Seidler*
Robert F. Seidler
Zachary A. Ahonen
Jackson Lewis P.C.
211 North Pennsylvania Street, Suite 1700
Indianapolis, IN 46204
Email: robert.seidler@jacksonlewis.com
         zachary.ahonen@jacksonlewis.com

*Counsel for Plaintiff*

*Counsel for Defendant*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 7, 2024, the foregoing *Joint Stipulation of Dismissal* was filed electronically. Notice of this filing will be sent to all ECF Counsel of Record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Christopher E. Clark
GOODIN ABERNATHY, LLP
301 East 38th Street
Indianapolis, IN 46205
cclark@goodinabernathy.com

*/s/ Robert F. Seidler*
Robert F. Seidler

4863-6774-3420, v. 1